

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00648-CR

**EX PARTE** Jose Armando **CALVILLO ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 12209CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we **DISMISS** Jose Armando Calvillo Ortiz's appeal.

SIGNED November 27, 2024.

_____
Rebeca C. Martinez, Chief Justice